IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN TIMOTHY HILL,       )<br>   Plaintiff,             )<br>                          )<br>v.                        )<br>                          )<br>SAM'S WEST, INC., SYNCHRONY )<br>FINANCIAL, EQUIFAX INFORMATION )<br>SERVICES LLC, EXPERIAN    )<br>INFORMATION SOLUTIONS INC., )<br>TRANSUNION LLC, and MIDLAND )<br>CREDIT MANAGEMENT INC.    )<br>   Defendants.            ) | Civil Action No. 22-00232-KD-M |

## ORDER

This action is before the Court on Plaintiff John Timothy Hill's Notice of Settlement with Defendant Experian Information Solutions, Inc. (doc. 38). Hill reports that they have reached a settlement and requests sixty (60) days to consummate the settlement. The Court construes the Notice as Hill's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2).[1] Accordingly, this action as to Defendant Experian is **dismissed with prejudice**, subject to the right of Hill or Experian to reinstate the action within sixty (60) days of the date of this order should the settlement agreement not be completed.

This order shall not be construed as dismissing Hill's claims against the remaining Defendants.

Each party shall bear their own costs unless agreed otherwise.

**DONE** and **ORDERED** this 28th day of September 2022.

      s / Kristi K DuBose
      KRISTI K. DuBOSE
      UNITED STATES DISTRICT JUDGE

---

[1] The Rule provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."