IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN TIMOTHY HILL,          ) | |
|     Plaintiff,                         ) | |
|                                                ) | |
| v.                                            ) | Civil Action No. 22-00232-KD-M |
|                                                ) | |
| SAM'S WEST, INC., SYNCHRONY ) | |
| FINANCIAL, EQUIFAX INFORMATION ) | |
| SERVICES LLC, EXPERIAN       ) | |
| INFORMATION SOLUTIONS INC., ) | |
| TRANSUNION LLC, and MIDLAND ) | |
| CREDIT MANAGEMENT INC.   ) | |
|     Defendants.                      ) | |

**ORDER**

This action is before the Court on Plaintiff John Timothy Hill's Notice of Settlement with Defendant TransUnion LLC (doc. 46). Hill reports that they have reached a settlement and he "seeks to dismiss the claims against Transunion LLC with prejudice, with each party to bear their own costs." (Id.) The Court construes the Notice as Hill's voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2).[1]

Accordingly, this action as to Defendant TransUnion is **dismissed with prejudice**, and each party shall bear their own costs unless agreed otherwise.

This order shall not be construed as dismissing Hill's claims against the remaining Defendants.

**DONE** and **ORDERED** this 15th day of November 2022.

                                s / Kristi K DuBose
                                **KRISTI K. DuBOSE**
                                **UNITED STATES DISTRICT JUDGE**

---

[1] The Rule provides that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."